IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Furnel, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) | Judge: |
| | ) | |
| 2D Electronics and Automation, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiff Furnel, Inc., by and through its attorney, brings this action against Defendant 2D Electronics and Automation for its breaches of two contracts. In support, Furnel, Inc. states as follows:

## Parties

1. Plaintiff Furnel, Inc. (hereinafter, "Furnel") is an Illinois Corporation with its principal place of business located at 350 South Stewart Avenue, Addison, Illinois 60101. Furnel is a manufacturer that engineers and performs injection molding of custom plastic parts and assemblies.

2. Defendant 2D Electronics and Automation (hereinafter, "2DEA") is a Canadian business located at 454 Innovation Way, Unit 3, Woodstock, Ontario, N4V 0A2, Canada. 2DEA provides turnkey automation systems for injection molding manufactures throughout Canada, Mexico, Central America, Asia, and the United States of America.

**Jurisdiction and Venue**

3. This Court has subject matter jurisdiction under 28 U.S.C. § 1332 because there is complete diversity between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs. This Court also has supplemental jurisdiction over the claims in this action that arise under the laws of the State of Illinois pursuant to 28 U.S.C. § 1367(a), because any state law claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

4. This Court has personal jurisdiction over 2DEA pursuant to the Illinois "long arm statute," 735 ILCS 5/2-209, because 2DEA has submitted to jurisdiction in this state by: (a) transacting business in Illinois; and (b) making a contract substantially connected with Illinois. *See* 735 ILCS 5/2-209(1), (7). In addition, 2DEA exercises substantial, systematic and continuous contacts with Illinois by doing business in Illinois, and seeking additional business in Illinois.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391, because Furnel maintains its principal office within the geographic jurisdiction of this Court, 2DEA does business within the geographic jurisdiction of this Court, a substantial part of the events or omissions giving rise to the claims occurred and a substantial part of the property that is the subject of this action is situated in the geographic jurisdiction of this Court.

**Facts**

6. In early 2024, Furnel contacted 2DEA to discuss automation solutions to help Furnel more efficiently supply its customers with products for which demand was expected to increase.

7. These automation solutions were to be designed and produced by 2DEA in Ontario, Canada, and then installed by 2DEA at Furnel's facility in Addison, Illinois.

8. Despite having entered into contracts for two separate automation systems, 2DEA has failed to provide the automation systems to Furnel months after the agreed upon delivery deadline, which has caused Furnel to suffer considerable damages.

### **Count I – Breach of Contract – Purchase Order TS11922**

9. On or about May 16, 2024, 2DEA provided Quote Q0605.1 to Furnel for a welding station (Ex. A). The cost of the welding station, installation in Addison, Illinois, and training was approximately $50,700.00 (*id.*). Quote Q0605.1 required a 50% down payment to be made with the purchase order, and delivery was to occur 16-18 weeks from the receipt of the purchase order and down payment (*id.*).

10. On or about May 31, 2024, in response to Quote Q0605.1, Furnel issued Purchase Order TS11922 to 2DEA (Ex. B). The required delivery date in Purchase Order TS11922 was October 4, 2024, or sooner (*id.*). Furnel wired the 50% down payment of $25,350.00 to 2DEA on June 6, 2024.

11. 2DEA breached the contract by failing to complete, ship, or deliver the welding station by October 4, 2024.

12. Furnel continued to act reasonably and attempt to accommodate an untimely delivery, but Furnel's patience and reasonableness were not reciprocated.

13. On June 6, 2025, Furnel notified 2DEA of its breach and demanded return of its 50% deposit, to which 2DEA agreed, but then failed to return.

14. On August 8, 2025, counsel for Furnel sent a letter to 2DEA notifying it that the delay constituted a material breach, and demanded return of the deposit no later than August 20, 2025, or the instant action would be filed.

15. On August 21, 2025, 2DEA returned $990.00 of the $25,350.00 deposit to Furnel; however despite repeated demands, no other payments have been received.

WHEREFORE, Plaintiff Furnel, Inc. respectfully requests that this Court enter judgement against Defendant 2D Electronics and Automation and in favor of the Furnel for breach of contract and awarding return of the remaining deposit of $24,360.00, recovery of all costs to cover, all applicable interest, fees, costs, and other compensatory, incidental, and consequential damages; and grant any and all other relief deemed just and equitable.

### Count II – Breach of Contract – Purchase Order TS11918

1-15. Furnel re-alleges and incorporates herein by reference paragraphs 1 through 15 of the Complaint as if fully stated herein

16. On or about May 22, 2024, 2DEA provided Quote Q0584.3 to Furnel for an automated feeding system to aid in Furnel's molding process (Ex. C). The cost of the automated feeding system, installation in Addison, Illinois, and training was approximately $178,000.00 (*id.*). Quote Q0584.3 required a 50% down payment to be made with the purchase order, and delivery was to occur 18-20 weeks from the receipt of the purchase order and down payment (*id.*).

17. On or about May 30, 2024, in response to Quote Q0584.3, Furnel issued Purchase Order TS11918 to 2DEA (Ex. D). The required delivery date in Purchase Order TS11922 was January 20, 2025, or sooner (*id.*). Furnel wired the 50% down payment of $89,000.00 to 2DEA on June11, 2024.

18. 2DEA breached the contract by failing to complete, ship, or deliver the automated feeding system by January 20, 2025.

19. Furnel continued to act reasonably and attempt to accommodate an untimely delivery, but Furnel's patience and reasonableness were not reciprocated.

20. On August 8, 2025, counsel for Furnel sent a letter to 2DEA notifying it that the delay constituted a material breach, and demanded return of the deposit no later than August 20, 2025, or the instant action would be filed.

21. On August 26, 2025, 2DEA stated that it let Furnel down and agreed to return the deposit of $89,000.00; however, to date, 2DEA has failed to return the deposit.

WHEREFORE, Plaintiff Furnel, Inc. respectfully requests that this Court enter judgement against Defendant 2D Electronics and Automation and in favor of the Furnel for breach of contract and awarding return of the deposit amount of $89,000.00, recovery of all costs to cover, all applicable interest, fees, costs, and other compensatory, incidental, and consequential damages; and grant any and all other relief deemed just and equitable.

Dated: September 27, 2025                     Respectfully submitted,


                                              By: /s/ Robert A. Paszta
                                                  One of the Attorneys for Furnel, Inc.


Names and Address of Attorney for Plaintiff:
Robert A. Paszta (robertpaszta@gmail.com)
421 Deanna Drive
Bartlett, Illinois 60103
Ph. (847) 774-2466